1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

11
12

| | |
|---|---|
| BERTHA GUTIERREZ-VILLA,<br><br>        Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social<br>Security,<br><br>        Defendant. | Case No. ED CV 13-2308 MRW<br><br>JUDGMENT |

The decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.


Date: September 15, 2014

_____

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE